IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiffs,<br>  v.<br><br>BIG CREEK LUMBER COMPANY, ET AL.,<br><br>    Defendants._____/ | No. C 12-03122 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 21, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 29, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/11/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE