**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

1

2

3

4

5   CALIFORNIA SPORTFISHING                    No. C 12-03122 RS
    PROTECTION ALLIANCE,
6                                              **STANDBY ORDER OF DISMISSAL**

7              Plaintiffs,
        v.
8   BIG CREEK LUMBER COMPANY, ET
    AL.,
9
               Defendants.
10  _____/

11

12       The Court has been informed that the above-entitled action has settled.  Accordingly, the

13  Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

14  **November  21, 2012.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to

15  appear on **November 29, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

16  **Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

17  order may result in dismissal of the case.

18

19

20       IT IS SO ORDERED.

21

22  Dated:  9/11/12
                                            _____
23                                          RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28